RECEIVED
IN MONROE, LA
JAN 2 8 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KEITH ANCKEL | CIVIL ACTION NO. 07-1336 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ROBERT C. TAPPIN, SR., ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted, all in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (2).

MONROE, LOUISIANA, this 28 day of January, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE